# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| ANDREW FALKOFF, ALAN DARROW, SHEILA SINGLETON-McKNIGHT, TODOR JOVANOSKI, BELGHAYS TORKZADEH, and DARYL WAINMAN,<br><br>      Plaintiffs,<br><br>v.<br><br>PFIZER, INC.,<br><br>      Defendant. | Case No.: 07-CV-3707-JMR-FLN<br><br>**RULE 7.1 STATEMENT**<br><br>**Jury Trial Demanded** |

_____

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Pfizer Inc. ("Pfizer"), submits this its Corporate Disclosure Statement. Defendants Pfizer states:

1. Defendant Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

                                                                      Respectfully submitted,

Dated: September 7, 2007                    FAEGRE & BENSON LLP

                                                      */s/ Joseph M. Price*
                                                      Joseph M. Price, # 88201
                                                      Erin M. Verneris # 0335174
                                                      2200 Wells Fargo Center
                                                      90 South Seventh Street
                                                      Minneapolis, MN 55402-3901
                                                      T (612) 766-7000
                                                      F (612) 766-1600

                                                      *Attorneys for Defendant Pfizer Inc.*