CLOSED, CV, PHV

# U.S. District Court
# U.S.District Court Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:07-cv-03707-JMR-FLN
# Internal Use Only

| | |
|---|---|
| Falkoff et al v. Pfizer, Inc. | Date Filed: 08/15/2007 |
| Assigned to: Chief Judge James M. Rosenbaum | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Franklin L. Noel | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability | Jurisdiction: Diversity |

**Plaintiff**

**Andrew Falkoff**      represented by    **Paul Sizemore**
Girardi and Keese
1126 Wilshire Blvd
Los Angeles, CA 90017-1904
213-977-0211
Fax: 213-481-1554
Email: psizemore@girardikeese.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert K Shelquist**
Lockridge Grindal Nauen PLLP
100 Washington Ave S Ste 2200
Minneapolis, MN 55401-2179
612-339-6900
Fax: 612-339-0981
Email: rshelquist@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yvonne M Flaherty**
Lockridge Grindal Nauen PLLP
100 Washington Ave S Ste 2200
Minneapolis, MN 55401-2179
(612) 339-6900
Email: flaheym@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allan Darrow**      represented by    **Paul Sizemore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert K Shelquist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yvonne M Flaherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheila Singleton-McKnight**   represented by   **Paul Sizemore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert K Shelquist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yvonne M Flaherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Todor Jovanoski**   represented by   **Paul Sizemore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert K Shelquist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yvonne M Flaherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Belghays Torkzadeh**   represented by   **Paul Sizemore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert K Shelquist**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yvonne M Flaherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daryl Wainman**　　　　　　represented by　**Paul Sizemore**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert K Shelquist**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yvonne M Flaherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**　　　　　　represented by　**Erin M Verneris**
Faegre & Benson LLP
90 S 7th St Ste 2200
Minneapolis, MN 55402-3901
612-766-7380
Fax: 612-766-1600
Email: everneris@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph M Price**
Faegre & Benson LLP
90 S 7th St Ste 2200
Minneapolis, MN 55402-3901
612-766-7000
Fax: 612-766-1600
Email: jprice@faegre.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/15/2007 | 1 | COMPLAINT against Pfizer, Inc. ( Filing fee $ 350 receipt number 400-15500.) Assigned to Judge James M. Rosenbaum per Master List and referred to Magistrate Judge Franklin L Noel., filed by Sheila Singleton-McKnight, Todor Jovanoski, Belghays Torkzadeh, Daryl Wainman, Andrew Falkoff, and Allan Darrow. (Attachments: # 1 Civil Cover Sheet)(GJS) QC'd on 8/16/2007 (mkc). (Entered: 08/15/2007) |
| 08/15/2007 |  | Summons Issued as to Pfizer, Inc.(GJS) (Entered: 08/15/2007) |
| 08/15/2007 |  | (Court only) *** Copy of complaint sent to the MDL Panel and this case is possibly related to MDL 05-1699. (GJS) (Entered: 08/15/2007) |
| 08/15/2007 |  | (Court only) ***Pro Hac Vice Materials sent to out of state attorney Paul Sizemore. (GJS) (Entered: 08/15/2007) |
| 09/07/2007 | 2 | ANSWER to Complaint with Jury Demand by Pfizer Inc.. (Price, Joseph) (Entered: 09/07/2007) |
| 09/07/2007 | 3 | RULE 7.1 DISCLOSURE STATEMENT by Pfizer Inc. that there is no such parent or publicly held corporation to report. (Price, Joseph) (Entered: 09/07/2007) |
| 09/07/2007 | 4 | CERTIFICATE OF SERVICE by Pfizer Inc. re 3 Rule 7.1 - Disclosure Statement, 2 Answer to Complaint (Price, Joseph) (Entered: 09/07/2007) |
| 09/07/2007 |  | (Court only) *** Attorney Erin M Verneris for Pfizer Inc. added. (jc) (Entered: 09/10/2007) |
| 09/10/2007 | 5 | MOTION for Admission Pro Hac Vice for Paul Sizemore by Sheila Singleton-McKnight, Todor Jovanoski, Belghays Torkzadeh, Daryl Wainman, Andrew Falkoff, Allan Darrow. (Attachments: # 1 Certificate of Service)(Flaherty, Yvonne) (Entered: 09/10/2007) |
| 09/10/2007 |  | TEXT ONLY ENTRY - ORDER granting 5 Motion for Admission Pro Hac Vice of Attorney Paul Sizemore for plaintiffs. Fee paid; receipt number 4-016021. Approved by Clerk Richard D Sletten on 9/10/07. (MMC) (Entered: 09/11/2007) |
| 09/21/2007 | 6 | CERTIFIED COPY OF CONDITIONAL TRANFER ORDER from the Judicial Panel on Multidistrict Litigation, transferring this case to the Northern District of California, San Francisco Division for coordinated or consolidated pretrial proceedings. Assigned to the Honorable Charles R. Breyer. (GJS) (Entered: 09/24/2007) |
| 09/24/2007 |  | NOTICE to Attorneys - this case electronically sent to the Northern District of California, San Francisco Division. (GJS) (Entered: 09/24/2007) |