THOMAS V. GIRARDI – BAR NO. 36603
V. ANDRE SHERMAN – BAR NO. 198684
GIRARDI | KEESE
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone: (213) 977-0211
Facsimile: (213) 481-1554

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL No. 1699 |
| ANDREW FALKOFF, ALAN DARROW, SHEILA SINGLETON-McKNIGHT, TODOR JOVANOSKI, BELGHAYS TORKZADEH and DARYL WAINMAN, <br><br>Plaintiffs, <br><br>v. <br><br>PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.) and DOES 1 through 100, <br><br>Defendants. | Case No. 07cv04968 <br><br>**STIPULATION OF PARTIAL DISMISSAL AND ORDER THEREON** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that plaintiff, BELGHAYS TORKZADEH, only, be and hereby is dismissed from the above-captioned action with prejudice pursuant to *Fed.R.Civ.Pro. 41(a)(1)*.

**PLEASE TAKE NOTICE** that the above-entitled case is a multi-plaintiff action and that this dismissal pertains only to the individual plaintiff, BELGHAYS TORKZADEH.

00261738

1

STIPULATION OF PARTIAL DISMISSAL AND ORDER THEREON

| | |
|---|---|
| 1  DATED: October 7, 2009 | **GIRARDI | KEESE** |
| 2 | |
| 3 | |
| 4 | BY: _____ |
| 5 | V. ANDRE SHERMAN |
| 6 | Attorneys for Plaintiffs |
| 7  DATED: October 12th, 2009 | **DLA PIPER LLP** |
| 8 | |
| 9 | |
| 10 | /s/ |
| 11 | BY: _____ |
| 12 | MATTHEW A. HOLIAN |
|  | Attorneys for Defendants |
| 13 | |
| 14  **IT IS SO ORDERED.** | |
| 15  DATED: 10/16/09 | |
| 16 | JUDGE OF THE U.S. DISTRICT COURT |

IT IS SO ORDERED
Judge Charles R. Breyer

00261738

2

**STIPULATION OF PARTIAL DISMISSAL AND ORDER THEREON**