1  THOMAS V. GIRARDI - BAR NO. 36603
   V. ANDRE SHERMAN - BAR NO. 198684
2  Girardi | Keese
   1126 Wilshire Boulevard
3  Los Angeles, California 90017
   Telephone (213) 977-0211
4  Facsimile: (213) 481-1554
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX           | Case No.: 07-4968 CRB |
   | MARKETING SALES PRACTICES AND        |                       |
13 | PRODUCT LIABILITY LITIGATION         | MDL NO. 1699          |
   |                                      | District Judge: Charles R. Breyer |
14 |                                      |                       |
   | Andrew Falkoff, et al.,              |                       |
15 |                                      |                       |
   |                      Plaintiffs      |                       |
16 |                                      | STIPULATION AND ORDER OF |
   | vs.                                  | DISMISSAL WITH PREJUDICE |
17 |                                      |                       |
18 | Pfizer Inc,                          |                       |
19 |                      Defendant.      |                       |
20

21
22  Come now the Plaintiff, Daryl Wainman in the above-entitled action and Defendant, by and
23  through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
24  hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein
25  //
26  //
27  //
28  //

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

only with each side bearing its own attorneys' fees and costs.

DATED: 3-9, 2010     By: _____

**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

DATED: Mar. 22, 2010     By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE